Name:       John Bisanti

Prison Number:    55559-004

Place of Confinement:    Federal Prison Camp, Eglin AFB, Florida

United States District Court, District of Massachusetts

Case No.:    CA04-30145-MAP

## UNITED STATES

v.

## JOHN BISANTI

### MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

### MOTION

1. Name and location of court which entered the judgment of conviction under attack: United States District Court, District of Massachusetts, 1550 Main Street, Springfield, Massachusetts 01103.

2. Date of judgment of conviction: September 4, 2003.

3. Length of Sentence: Forty-one months.

4. Nature of offense involved: One count of tax evasion.

5. What was the plea? Not guilty.

6. Kind of trial? Jury.

7. Did you testify at trial? Yes.

8. Did you appeal from the judgment of conviction? Yes.

9. If you did appeal, answer the following:

   a. Name of Court:    First Circuit Court of Appeals.
   b. Result:    Pending.
   c. Date of Result:    Not applicable.

1

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?   No.

11. If your answer to 10 was "yes", give the following:  Not applicable.

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

    The sentence imposed by this court on February 4, 2004 violated my Sixth Amendment right to a trial by jury as the sentence was based upon facts not found by the jury, nor admitted to by the defendant. I further incorporate herein the facts and grounds as set forth in the attached *Defendant's Memorandum in Support of his Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody*.

13. If any of the grounds listed in 12 were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

    The U.S. Supreme Court decided the case of <u>Blakely v. Washington</u> 02-1632 (U.S. June 24, 2004) after I was sentenced. These grounds were not previously presented as the case Blakely case was pending and had not yet been decided.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?  Yes.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    a. At preliminary hearing:   Raipher D. Pellegrino
                                  95 State St., Suite 1100
                                  Springfield, MA  01103

    b. At arraignment and plea:  Raipher D. Pellegrino
                                  95 State St., Suite 1100
                                  Springfield, MA  01103

    c. At trial:                  Raipher D. Pellegrino
                                  95 State St., Suite 1100
                                  Springfield, MA  01103

    d. At sentencing:             Raipher D. Pellegrino

                                                  95 State St., Suite 1100
                                                  Springfield, MA  01103

       e.      On appeal:                     Raipher D. Pellegrino
                                             95 State St., Suite 1100
                                             Springfield, MA  01103

       f.      Post conviction proceeding:    Raipher D. Pellegrino
                                                        95 State St., Suite 1100
                                                        Springfield, MA  01103

       g.      On appeal from any adverse ruling in a post-conviction proceeding:  Not applicable.

16.    Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?   No.

17.    Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack:   No.

       WHEREFORE, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

                                                            Respectfully submitted,

                                                           _____
                                                           Raipher D. Pellegrino, Esq,
                                                           BBO# 560614
                                                           Raipher D. Pellegrino Associates
                                                           95 State St., Suite 1100
                                                           Springfield, MA  01103
                                                           (413) 746-4400

    I declare under penalty of perjury that the foregoing is true and correct.
Executed on ___July___ , __30__ , 2004.

                                                           _____
                                                           John Bisanti