UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 SEP 14 A II: 16

U.S. DISTRICT COURT
DISTRICT OF MASS

JOHN BISANTI,                          )
                                       )
          Petitioner                   )
                                       )
     v.                                )     CIVIL NO. 04-30145-MAP
                                       )
UNITED STATES OF AMERICA,              )
                                       )
          Respondent.                  )

### GOVERNMENT'S MOTION TO FILE ITS RESPONSE TO JOHN BISANTI'S MOTION FOR POST-CONVICTION RELIEF PURSUANT TO 28 U.S.C. § 2255 ONE WEEK LATE

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests permission to file its response to John Bisanti's motion for post-conviction relief pursuant to 28 U.S.C. § 2255 one week late.  In support of this motion the government states the following:

1.   The government's response was due on September 7, 2004.

2.   The government needed additional time to research and prepare its response due to new issues raised by the U.S. Supreme Court in Blakely v. Washington, 124 S. Ct. 2531 (2004).

3.   Counsel for the defendant, Raipher Pellegrino, previously assented to an extension until Friday, September 10, 2004.

Wherefore, the government respectfully requests that it be permitted to file its response to petitioner's motion for post-conviction relief pursuant to 28 U.S.C. § 2255 on September 14, 2004, one week late.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

*Ariane D. Vuono*

Ariane D. Vuono
Assistant U.S. Attorney

Dated: September 13, 2004

CERTIFICATE OF SERVICE

Springfield, Massachusetts
September 13, 2004

I, Ariane D. Vuono, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by fax upon Raipher Pellegrino, Esq., 95 State Street, Springfield, MA 01103.

*Ariane D. Vuono*

Ariane D. Vuono
Assistant U.S. Attorney