UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


JOHN BISANTI,

        Petitioner


      v.                      CIVIL ACTION:  04-30145-MAP


UNITED STATES OF AMERICA,
             Respondent(s)

## JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;


    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.


**X**   **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.


    **IT IS  ORDERED AND ADJUDGED**

    JUDGMENT entered for the Respondent pursuant to the endorsed order of the Court entered on September 23, 2004 denying the Petitioner's motion to vacate, set aside or correct his sentence pursuant to 28:2255.
.

                        TONY ANASTAS,
                        CLERK OF COURT

Dated: February 4, 2005          By   /s/ Mary Finn
                        Deputy Clerk

(Judgment Civil.wpd - 11/98)                  [jgm.]